UNITED STATES DISTRICT COURT
FILED
JAN 10 2020
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

19-CR-208

MORGAN R. COLES,

Defendant.

## INFORMATION

(Title 18, United States Code, Section 922(o)(1))

## COUNT 1

**The United States Attorney Charges That:**

On or about October 3, 2018, in the Western District of New York, the defendant, **MORGAN COLES**, unlawfully did knowingly possess machineguns, that is, a Palmetto State Armory, AR-15 rifle, with an obliterated serial number, and a black AR-15, short-barreled rifle, unknown make and model, with an obliterated serial number.

**All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION

**The United States Attorney Alleges That:**

Upon conviction of the Count of this Information, the defendant, **MORGAN COLES**, shall forfeit to the United States, all of his right, title, and interest in any firearm involved or used in the commission of the offense, or found in the possession or under the immediate control of the defendant at the time of arrest including, but not limited to:

a. one (1) Palmetto State Armory, AR-15 rifle, with an obliterated serial number;

b. one (1) black AR-15, short-barreled rifle, unknown make and model, with an obliterated serial number; and

c. one (1) black and silver AR-15, unknown make and model, with an obliterated serial number.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, Title 28, United States Code, Section 2461(c).**

DATED: Buffalo, New York, January 10, 2020.

JAMES P. KENNEDY, JR.
United States Attorney

BY: ______________________
EMMANUEL O. ULUBIYO
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5713
Emmanuel.Ulubiyo@usdoj.gov